1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. CR F 96-5339 LJO

12                 Plaintiff,                      **ORDER TO DENY PETITION FOR
                                                   CERTIFICATE OF APPEALABILITY**
13          vs.                                    (Doc. 286.)

14   CELSO GUERRERO,

15                 Defendant.
     _____/

16

17          On June 24, 1998, a jury found defendant Celso Guerrero ("defendant") guilty of conspiracy to

18   manufacture, distribute and possess with intent to distribute methamphetamine; manufacturing

19   methamphetamine; and possessing methamphetamine with intent to distribute.  On March 17, 1998,

20   defendant was sentenced to 360 months imprisonment.  Since that time, defendant has filed multiple

21   motions and appeals to contest unsuccessfully his sentence.  On July 11, 2011, defendant filed his

22   Petition for Certificate of Appealability from Dismissal of Audita Querela ("petition").  The petition is

23   unclear but appears to seek a certificate of appealability under 28 U.S.C. § 2253.  The rulings of the

24   Ninth Circuit Court of Appeals and this Court render a certificate of appealability moot.  As such, this

25   Court DENIES defendant a certificate of appealability and related relief.

26          IT IS SO ORDERED.

27   **Dated:    November 29, 2011**              _____/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES DISTRICT JUDGE
28

                                                 1